# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Nicholas S. Duprez,  
                Debtor(s)

BK NO. 25-03540 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                Respectfully submitted,

                /s/ Matthew Fissel

                Matthew Fissel, Esq.  
                KML Law Group, P.C.  
                BNY Mellon Independence Center  
                701 Market Street, Suite 5000  
                Philadelphia, PA  19106  
                215-627-1322  
                bkgroup@kmllawgroup.com