UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
NICHOLAS S DUPREZ, :
    Debtor : CHAPTER 13
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant : CASE NO. 5:25-03540-MJC
:
NICHOLAS S DUPREZ, :
    Respondent :

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of February 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Debtor is unable to make payments under the Plan, contrary to § 1325(a)(6). (Monthly Net Income of $175/month v. plan payment of $1,447/month).

2. Trustee provides notice to the Court as to the ineffectiveness of Debtor(s)' Chapter 13 Plan for the following reasons:

    a. Clarification of Debtor(s)' counsel fees which are in conflict with the 2016(b) Statement.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 9th day of February 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

TERRY L GRAFFIUS
LEVENTRY & HASCHAK, LLC
1397 EISENHOWER BLVD
JOHNSTOWN, PA 15904-

                                                /s/Ashley Schott
                                                Office of Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee