United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Nicholas S. Duprez

Debtor

Case No. 25-03540-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Feb 09, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 1 of 2

Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Nicholas S. Duprez, 318 South 2nd Street, Philipsburg, PA 16866-1708 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5765846 | + | SAMS CLUB, 2101 S.E. Simple Savings Drive, Bentonville, AR 72716-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5768067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:32 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5768804 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5765837 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2026 18:51:00 | Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, Philadelphia, PA 19170-0001 |
| 5765838 | | Email/Text: bankruptcy@cavps.com | Feb 09 2026 18:52:00 | Calvary Portfolio Services, LLC, PO Box 27288, Tempe, AZ 85285 |
| 5765839 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 18:52:00 | Comenity Bank, ATTN: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5765840 | | Email/Text: mrdiscen@discover.com | Feb 09 2026 18:51:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 5765841 | + | Email/Text: bkservices@frf1.com | Feb 09 2026 18:52:00 | Freedom Road Financial, 10509 Professional Cir S, Reno, NV 89521-4883 |
| 5766223 | + | Email/Text: bkservices@frf1.com | Feb 09 2026 18:52:00 | FreedomRoad Financial, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 5774248 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 18:52:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5765842 | ^ | MEBN | Feb 09 2026 18:50:27 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5777967 | ^ | MEBN | Feb 09 2026 18:50:04 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5765843 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2026 18:51:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 5765844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:25 | Lowes, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 5765845 | | Email/Text: bankruptcynotices@psecu.com | Feb 09 2026 18:52:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5767380 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Terry L Graffius | on behalf of Debtor 1 Nicholas S. Duprez tgraffius@lhrklaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicholas S. Duprez,

**Debtor 1**

Chapter        13

Case No.        5:25−bk−03540−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2026<br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2026 |

ntcnfhrg (08/21)