## LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NICHOLAS S. DUPREZ | CHAPTER:  13 |
| Debtor(s) | CASE NO.    25-03540 |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:**   Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order.   Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.**   Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1.   Amount agreed to by debtor | $ 3000.00 |
| 2.   Less amount paid to attorney outside of plan distributions | $ 1000.00 |
| 3.   Balance of compensation to be paid through plan distributions | $ 2000.00 |
| 4.   Expenses advanced to be paid through plan distributions: (describe expense and amount) Enter text | $ 0.00 |

| | |
|---|---|
| **B.**   Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1.   Compensation and expenses to be approved by the Court | $ 0.00 |
| 2.   Less amounts paid to attorney outside of plan distributions | $ 0.00 |
| 3.   Balance of compensation and expenses to be paid through plan distributions | $ 0.00 |

| | |
|---|---|
| **C.**   The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above: | $ 2000.00 |

Dated: March 18, 2026

/s/ Terry L. Graffius, Esq.
Attorney for Debtor